RANDOLPH, Senior Circuit Judge,
concurring:
I join all of the majority opinion except part III, which I believe is unnecessary to decide the case.
I also believe some background information is needed to understand what has occurred here. The Nuclear Waste Policy Act states that the Commission “shall consider” the Yucca Mountain license application and “shall issue a final decision approving or disapproving” the application “not later than” three years after its submission. 42 U.S.C. § 10134(d). The Department of Energy filed the Yucca Mountain application in June 2008, see Yucca Mountain; Notice of Receipt and Availability of Application, 73 Fed.Reg. 34,348 (June 17, 2008), and Congress later provided substantial appropriations for the licensing process, see U.S. Nuclear Regulatory Commission, NUREG-1100, Vol. 26, Congressional Budget Justification for FY 2011 94-95 (2010). Although the Commission had a duty to act on the application and the means to fulfill that duty, former Chairman Gregory Jaczko orchestrated a systematic campaign of noncompliance. Jaczko unilaterally or *268 dered Commission staff to terminate the review process in October 2010; instructed staff to remove key findings from reports evaluating the Yucca Mountain site; and ignored the will of his fellow Commissioners. See U.S. Nuclear Regulatory Commission, Office of the Inspector General, OIG Case No. 11-05, NRC Chairman’s Unilateral Decision to Terminate NRC’s Review of DOE Yucca Mountain Repository License Application 7-10, 17, 44-46 (2011). These transgressions prompted an investigation by the Commission’s Inspector General, as well as a letter from all four of the Commission’s other members expressing “grave concerns” about Jaczko’s performance in office. See Matthew Daly, Nuclear Agency’s Commissioners and Chief Trade War of Words, Wash. Post, Dec. 10, 2011, at A18. After we heard oral argument in this case, Jaczko resigned.
Today’s judgment should ensure that the Commission’s next chapter begins with adherence to the law. In the Nuclear Waste Policy Act Congress required the Commission to rule on the Yucca Mountain application, and it appropriated funds for that purpose. The Commission’s duty is to comply with the law and our duty is to make sure it does so. “Once Congress ... has decided the order of priorities in a given area, it is for the Executive to administer the laws and for the courts to enforce them when enforcement is sought.” TVA v. Hill, 437 U.S. 153, 194, 98 S.Ct. 2279, 57 L.Ed.2d 117 (1978).